## Sandra D. Jackson
### Official Court Reporter, Hays County Court at Law Nos. 1 & 2
### 712 S. Stagecoach Trail
### San Marcos, Texas 78666

December 30, 2014

THIRD COURT OF APPEALS
Austin, Texas

RE: COA Cause No. 03-14-00635-CV
Trial Court No. 14-0385-C, Sharon Peters Real Estate vs. Michael Leonard Goebel

The Reporter's Record was due to the Third Court of Appeals on November 17, 2014, in the above-entitled and -numbered cause.

On November 20, 2014, I received a request for the Reporter's Record. I sent the attorney of record a fax regarding payment of the record on December 1, 2014. I received payment for the Reporter's Record on December 29, 2014.

I am requesting an extension to file the Reporter's Record with the Court on January 9, 2015.

Sincerely,

Sandra D. Jackson
Official Court Reporter
Hays County Court at Law Nos. 1 & 2
512-393-7625
sandra@co.hays.tx.us